No. 566. GUARANTY TRUST CO. *v.* UNITED STATES. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John W. Davis* for petitioner. *Solicitor General Reed* and *Assistant Attorney General Whitaker* for the United States.

No. 594. CALMAR STEAMSHIP CORP. *v.* TAYLOR. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frank A. Bull* for petitioner. *Messrs. Abraham E. Freedman* and *Howard M. Long* for respondent.

No. 596. RUHLIN ET AL. *v.* NEW YORK LIFE INS. CO. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Charles J. Margiotti* and *Charles H. Sachs* for petitioners. *Messrs. Louis H. Cooke* and *William H. Eckert* for respondent.

No. 636. ELECTRIC BOND & SHARE CO. ET AL. *v.* SECURITIES AND EXCHANGE COMM'N ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Thomas D. Thacher* and *John F. MacLane* for petitioners. *Solicitor General Reed* for respondents.

No. 600. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MOUNTAIN PRODUCERS CORP. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor Gen-*